UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| DANNY L. COLLIER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 3:22-CV-147-TAV-JEM |
| | ) | |
| SULLIVAN COUNTY SHERIFF'S DEPARTMENT, | ) | |
| SULLIVAN COUNTY SHERIFF JEFF CASSIDY, | ) | |
| POLICE CHIEF DAVID QUILLEN, KPD, | ) | |
| CAPTAIN RICE, | ) | |
| JONESBOROUGH, TENNESSEE POLICE DEPARTMENT, | ) | |
| INSPECTOR JOE JAYNES, and | ) | |
| JOHNSON CITY POLICE DEPARTMENT, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This civil matter is before the Court on the Report and Recommendations (the "R&R") entered by United States Magistrate Judge Jill E. McCook on July 8, 2022 [Doc. 11]. In the R&R, Judge McCook granted plaintiff's motion for leave to proceed *in forma pauperis* [Doc. 2]. Additionally, after screening the complaint, Judge McCook recommended that the Court dismiss the complaint because plaintiff's claims are meritless and deny the outstanding motions to dismiss [Docs. 6, 8, 9] as futile. There have been no timely objections to the R&R, and enough time has passed since the filing of the R&R to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72.

After a careful review of the matter, the Court agrees with Judge McCook's recommendations. Accordingly, the Court **ACCEPTS IN WHOLE** the R&R [Doc. 11]. Therefore, this action is hereby **DISMISSED**, the pending motions to amend [Docs. 6, 8, 9] are **DENIED** as futile, and the Clerk of Court is **DIRECTED** to **CLOSE** this case.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE